**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                              IN THE UNITED STATES DISTRICT COURT

8                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                      SAN FRANCISCO DIVISION

10    Daniel Meier, et al.,                            NO. C 11-06609 JW

11                     Plaintiffs,                     **ORDER VACATING CASE**
                                                       **MANAGEMENT CONFERENCE;**
         v.                                            **SETTING HEARING ON ANTICIPATED**
12                                                     **MOTION TO STAY**
      Michael W. Bozora, et al.,
13
                       Defendants.
14                                                /

15          This case is scheduled for a Case Management Conference on June 18, 2012.  On June 8,

16    2012, Plaintiffs filed a Case Management Conference Statement.  (Docket Item No. 12.)  In their

17    Statement, Plaintiffs contend that no Defendants have yet filed any responsive pleadings, insofar as:

18    (1) Defendant Michael Bozora has "reportedly fled [the country] and has not yet been located or

19    served"; (2) Defendants Ted Ammiro and Ammiro Mortgage "promptly filed bankruptcy

20    proceedings" and "asserted the automatic stay" after being served; and (3) an attorney for the

21    "remaining corporate defendants" indicated, after they were served, that their insurance carrier had

22    denied coverage, and that his law firm therefore "would not make an appearance until he has

23    resolved how he will be paid."  (Id. at 2.)  In light of these contentions, Plaintiffs contend that a stay

24    of these proceedings would be appropriate pending resolution of the stay in the bankruptcy action.

25    (Id. at 5.)

26          Upon review, and in light of the absence of any Defendant, the Court finds that a Case

27    Management Conference would not be fruitful at this time.  However, insofar as Plaintiffs believe

28    that these proceedings should be stayed, they must file the appropriate motion to that effect.  See

**United States District Court**

For the Northern District of California

1  Civ. L.R. 7-1.  In order to resolve this issue prior to Chief Judge Ware's retirement,[1] the Court sets

2  the following schedule for Plaintiffs' anticipated motion to stay:

3          (1)        The Court sets **July 9, 2012 at 9 a.m.** for a hearing on the anticipated Motion to Stay.

4          (2)        On or before **June 15, 2012**, Plaintiffs shall file their Motion to Stay, if so desired.

5          (3)        On or before **June 29, 2012**, any Oppositions to the Motion to Stay shall be filed.

6          (4)        On or before **July 3, 2012**, Plaintiffs shall file their Reply.

7

8

9  Dated:  June 11, 2012

                                                      *James Ware*

10                                              JAMES WARE
                                            United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26       [1] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as
the terms of his current law clerks come to an end."  <u>See</u> Chief Judge Ware Announces Transition,
27  *available at* http://www.cand.uscourts.gov/news/82.

28                                                    2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alexander Volchegursky alex@gelawgroup.com
George Frost geofrost@comcast.net

**Dated:  June 11, 2012**                          **Richard W. Wieking, Clerk**


                                                   **By:    /s/ JW Chambers**
                                                        **William Noble**
                                                        **Courtroom Deputy**