UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MEIER, et al.,

    Plaintiffs,

v.

MICHAEL W. BOZORA, et al.,

    Defendants.

Case No. 11-cv-06609-WHO

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

This case has been pending since December 22, 2011. Defaults have been requested against certain defendants, but the primary defendant, Michael Bozora, may or may not have been served and he has not appeared. Plaintiffs' counsel has explained the difficulties of finding and serving Mr. Bozora at several case management conferences, but even with those difficulties the reasonable period to accomplish service is at, or almost at, an end. The Court will dismiss this case without prejudice on **September 2, 2014**, unless plaintiffs show good cause why the case should not be dismissed. If plaintiffs attempt to show good cause, they shall file a Memorandum in Response to Order to Show Cause on or before August 26, 2014 with a supporting declaration, and shall attend the Case Management Conference calendar on September 2, 2014 at 2 p.m.

**IT IS SO ORDERED**.

Dated: June 3, 2014

WILLIAM H. ORRICK
United States District Judge