UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MEIER, et al.,

    Plaintiffs,

  v.

MICHAEL W. BOZORA, et al.,

    Defendants.

Case No. 11-cv-06609-WHO

**ORDER REGARDING ORDER TO SHOW CAUSE**

Re: Dkt. No. 56

On December 12, 2014, I issued an order to show cause instructing plaintiffs to file a memorandum with supporting evidence showing good cause why the default entered against defendant Michael W. Bozora should not be set aside for failure to perform proper service. Dkt. No. 56. On January 6, 2015, plaintiffs submitted a Certificate of Due Diligence signed by the process server in this matter describing the manner in which he personally served Bozora. Having reviewed the certificate, I find that plaintiffs have presented sufficient evidence to satisfy the order to show cause. The entry of default against Bozora, Dkt. No. 54, shall remain in effect. The hearing on the order to show cause set for January 13, 2015 is VACATED.

**IT IS SO ORDERED**.

Dated: January 7, 2015

WILLIAM H. ORRICK
United States District Judge