UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEIER, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>MICHAEL W. BOZORA, et al.,<br><br>   Defendants. | Case No. 11-cv-06609-WHO<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND TO SHOW CAUSE RE: DISMISSAL**<br><br>Re: Dkt. Nos. 59, 60 |

Having reviewed plaintiffs' Case Management Statement, the Case Management Conference set for April 28, 2015 is continued until June 23, 2015. Plaintiffs indicate that they are assessing the assets of the defaulting defendant. This case has been pending since December 22, 2011, and default was entered on December 4, 2014. Plaintiffs shall either dismiss this matter or file pleadings to obtain a default judgment within 60 days of the date of this Order, or show cause why this case should not be dismissed on June 30, 2015, at 2 pm in Courtroom 2, 17th floor. If this matter has not been dismissed or judgment has not been entered by June 23, 2015, and plaintiffs hope to proceed in this Court, plaintiffs shall file a Status Report with the Court on June 23, 2015 and appear on June 30, 2015 at 2pm in Courtroom 2.

  **IT IS SO ORDERED**.

Dated: April 24, 2015

                                 _____
                                 WILLIAM H. ORRICK
                                 United States District Judge