UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MEIER, et al.,

    Plaintiffs,

  v.

MICHAEL W. BOZORA, et al.,

    Defendants.

Case No. 11-cv-06609-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 61

On April 24, 2015, I issued an Order to Show Cause re: Dismissal requiring that plaintiffs show cause why the case should not be dismissed on June 30, 2015 at 2:00 p.m. if they had not filed pleadings to obtain a default judgment prior to that date. Dkt. No. 61. No pleadings were filed, and plaintiffs did not appear. Accordingly, this matter is dismissed without prejudice. Judgment shall be entered accordingly.

**IT IS SO ORDERED**.

Dated: July 1, 2015



WILLIAM H. ORRICK
United States District Judge