UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MEIER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL W. BOZORA, et al.,<br><br>    Defendants. | Case No. 11-cv-06609-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 62 |

    The Court having entered an order of dismissal, judgment is accordingly entered in favor of the defendants.

Dated: July 1, 2015                                                Richard W. Wieking, Clerk

                                                                                                         By: Jean M. Davis, Deputy Clerk